Description of case and names of counsel the same as in the next preceding case.

---

### 15120. GOLIGHTLY v. SEIG.

BROYLES, C. J. This case is controlled by the decision in *Golightly* v. *Line,* ante, 550.

         *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 16, 1924. REHEARING DENIED FEBRUARY 25, 1924.

Application for certiorari was denied by the Supreme Court.